**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

Steven Ringelberg.
                Plaintiff,

v.

Vanguard Integrity Professionals, *et al.*,
                Defendants.

Case No.: 2:17-cv-1788-APG-PAL

**ORDER**

**[ECF #29]**

      Based on the Notice of Related Cases (ECF No. 29), this case is transferred to Judge Jennifer Dorsey because she is presiding over the related case no. 2:17-cv-00110-JAD-NJK (*Rega v. Vanguard Integrity Professionals, Inc., et al.*).

      Dated: July 24, 2017.

                                        ANDREW P. GORDON
                                        UNITED STATES DISTRICT JUDGE

                                        JENNIFER A. DORSEY
                                        UNITED STATES DISTRICT JUDGE