Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Erica J. Chee
Nevada Bar No. 12238
erica.chee@ogletreedeakins.com
Tullio J. Marchionne
Nevada Bar No. 4684
tullio.marchionne@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

Vincent J. Aiello
Nevada Bar No. 7970
vincent.aiello@gmlaw.com
GREENSPOON MARDER P.A.
3993 Howard Hughes Parkway Ste. 400
Las Vegas, NV 89169
Direct Dial: 702.978.4255
Direct Fax: 954.333.4285

*Attorneys for Defendants Vanguard Integrity Professionals-Nevada, Inc. and Vanguard Integrity Professionals, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN RINGELBERG,<br><br>Plaintiff,<br><br>vs.<br><br>VANGUARD INTEGRITY PROFESSIONALS-NEVADA, INC., a Nevada Corporation; and VANGUARD INTETRITY PROFESSIONALS, INC., a Nevada Corporation,<br><br>Defendants. | Case No.: 2:17-cv-01788-JAD-PAL<br><br>**DEFENDANTS' MOTION FOR REMOVAL OF COUNSEL FROM CM/ECF SERVICE LIST** |

Defendants, Vanguard Integrity Professionals – Nevada, Inc., a Nevada Corporation and Vanguard Integrity Professionals, Inc., a Nevada Corporation (collectively, "Defendants"), by and through their counsel of record, hereby file their Motion for Removal of Counsel from CM/ECF Service List ("Motion") in the instant matter. This Motion seeks to remove attorney Denise Giraudo from the CM/ECF service list. Ms. Giraudo was attorney of record for Defendants while this matter was being litigated in the United States District Court, District of Columbia.

As this matter has now been removed to the instant Court pursuant to the United States District Court Judge for the District of Columbia's Order (ECF. No. 22), and Ms. Giraudo is no longer attorney of record, Defendants respectfully request that this Court remove her name from the CM/ECF docket and service list for this matter.

DATED this 4th day of December, 2017.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ Erica J. Chee*
Anthony L. Martin
Nevada Bar No. 8177
Erica J. Chee
Nevada Bar No. 12238
Tullio J. Marchionne
Nevada Bar No. 4684
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169

**GREENSPOON MARDER, P.A.**

Vincent J. Aiello
Nevada Bar No. 7970
3993 Howard Hughes Parkway Ste. 400
Las Vegas, NV 89169

*Attorneys for Defendants Vanguard Integrity Professionals-Nevada, Inc. and Vanguard Integrity Professionals, Inc.*

IT IS SO ORDERED this 6th day of December, 2017.

_____
Peggy A. Leen
United States Magistrate Judge

2

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

# CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the attached **DEFENDANTS' MOTION FOR REMOVAL OF COUNSEL FROM CM/ECF SERVICE LIST** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

    Vincent J. Aiello
    Daniel Norr
    Richard A. Mescon

Pursuant to FRCP 5(b), I hereby further certify that service of the foregoing document was also made by depositing a true and correct copy of same for mailing, first class mail, postage prepaid thereon, at Las Vegas, Nevada, to the following:

Vincent J. Aiello
Greenspoon Marder, P.A.
3993 Howard Hughes Parkway, Ste. 400
Las Vegas, NV 89169
*Attorneys for Defendants*

Daniel Norr
Law Office of Daniel Norr, LLC
170 S. Green Valley Parkway, Ste. 300
Henderson, NV 89012
*Attorneys for Plaintiff*

Richard A. Mescon
Leichtman Law PLLC
315 Madison Avenue, Ste. 3011
New York, NY 10017
*Attorneys for Plaintiff*

DATED this 4th day of December, 2017.

                                          /s/ *Carol Rojas*
                                          AN EMPLOYEE OF OGLETREE, DEAKINS,
                                          NASH, SMOAK & STEWART, P.C.