UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| STEVEN RINGELBERG, | Case No. 2:17-cv-01788-JAD-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | (Countermot Ext Time – ECF No. 65) |
| VANGUARD INTEGRITY PROFESSIONALS-NEVADA, INC., et al., | (Mot File Surreply – ECF No. 66) |
| Defendants. | |

Before the court are Defendants' Counter Motion to Extend Discovery by 120 Days or Stay Discovery Pending the Outcome of the Early Neutral Evaluation (ECF No. 65), and Plaintiff's Motion to Leave to File Sur Reply to Defendants' Reply in Support of Motion to Disqualify Richard Mescon as Counsel for Plaintiff (ECF No. 66). The court held a hearing on a series of motions in this case on November 7, 2017. At the hearing, the Motion to Disqualify (ECF No. 53) was denied, and the Motion to Extend Discovery (ECF No. 65) was granted. Additionally, the court granted the plaintiff's request to refer this case for an Early Neutral Evaluation. Judge Foley held the ENE on December 20, 2017, but the parties were unable to reach a settlement, and the case was returned to the normal litigation track.

As the motions listed in the caption are shown as undecided on the docket, and having reviewed and considered these matters,

**IT IS ORDERED** that:

1. Defendants' Counter Motion to Extend Discovery by 120 Days or Stay Discovery Pending the Outcome of the Early Neutral Evaluation (ECF No. 65) is **Granted in part and Denied in Part.** The request for a 120-day extension of the discovery plan and scheduling order deadlines is **Granted.** The request for a stay of discovery pending an Early Neutral Evaluation is **Denied.**

1

2. Plaintiff's Motion to Leave to File Sur Reply to Defendants' Reply in Support of Motion to Disqualify Richard Mescon as Counsel for Plaintiff (ECF No. 66) is **Denied.**

DATED this 22nd day of January, 2018.

                                                                          _____
                                                                          PEGGY A. LEEN
                                                                          UNITED STATES MAGISTRATE JUDGE