|   |   |   |
|---|---|---|
| 1 | **UNITED STATES DISTRICT COURT** | |
| 2 | **DISTRICT OF NEVADA** | |
| 3 | | |
| 4 | Steven Ringelberg, | 2:17-cv-01788-JAD-PAL |
| 5 |     Plaintiff | **Order** |
| 6 | v. | [ECF Nos. 33, 34] |
| 7 | Vanguard Integrity Professionals-Nevada, Inc., et al., | |
| 8 |     Defendants | |

On February 5, 2018, plaintiff filed a Third Amended Complaint[1] with leave of court,[2] superseding his Second Amended Complaint.[3] The new complaint moots Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint,[4] which was filed with a motion to seal.[5] So I deny the motion to dismiss the second amended complaint without prejudice to the defendants' ability to file a new motion to dismiss the third-amended complaint. Because the motion to dismiss the second-amended complaint was based on a confidential document, I find a compelling reason[6] to seal the motion and grant the motion to seal that now-mooted motion. So, the motion to dismiss the second-amended complaint will remain under seal.

Accordingly, IT IS HEREBY ORDERED that:

- Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint **[ECF No. 34] is DENIED** without prejudice as moot;

---

[1] ECF No. 87.

[2] ECF No. 86.

[3] ECF No. 19.

[4] ECF No. 34. *Lacey v. Maricopa Cty.*, 693 F.3d 896, 927 (9th Cir. 2012) ("the general rule is that an amended complaint supersedes the original complaint and renders it without legal effect").

[5] ECF No. 33.

[6] *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1182 (9th Cir. 2006).

1

- Defendants' Motion to Seal that now-mooted motion **[ECF No. 33] is GRANTED**.

Dated February 20, 2018.

_____
U.S. District Judge Jennifer A. Dorsey