1  Anthony L. Martin
   Nevada Bar No. 8177
2  anthony.martin@ogletreedeakins.com
3  Tullio J. Marchionne
   Nevada Bar No. 4684
4  tullio.marchionne@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
5  Wells Fargo Tower
   Suite 1500
6  3800 Howard Hughes Parkway
   Las Vegas, NV  89169
7  Telephone:  702.369.6800
8  Fax:  702.369.6888

9  Vincent J. Aiello
   Nevada Bar No. 7970
10 vincent.aiello@gmlaw.com
   GREENSPOON MARDER P.A.
11 3993 Howard Hughes Parkway Ste. 400
   Las Vegas, NV  89169
12 Direct Dial:  702.978.4255
13 Direct Fax:  954.333.4285

14 *Attorneys for Defendants Vanguard Integrity*
   *Professionals-Nevada, Inc. and Vanguard Integrity*
15 *Professionals, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN RINGELBERG,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>VANGUARD INTEGRITY PROFESSIONALS-NEVADA, INC., a Nevada Corporation; and VANGUARD INTEGRITY PROFESSIONALS, INC., a Nevada Corporation, and RONN H. BAILEY,<br><br>　　　　　Defendants. | Case No.:  2:17-cv-01788-JAD-PAL<br><br>**DEFENDANTS' MOTION FOR REMOVAL OF COUNSEL FROM CM/ECF SERVICE LIST** |

Counsel for Defendants Vanguard Integrity Professionals-Nevada, Inc. and Vanguard Integrity Professionals, Inc. (collectively, "Defendants"), hereby file this Motion for Removal of Counsel from the CM/ECF Service List in the instant matter. This Motion seeks to remove attorney Erica J. Chee from the CM/ECF service list. Ms. Chee has left Ogletree, Deakins, Nash, Smoak & Stewart, P.C. to serve as legal counsel at MGM Resorts Int'l.

As Ms. Chee is no longer counsel of record for Defendants, Defendants respectfully request that this Court remove her name from the CM/ECF docket and CM/ECF service list for this matter.

DATED this 28th day of February, 2018.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

/s/ *Anthony L. Martin*
Anthony L. Martin
Nevada Bar No. 8177
Tullio J. Marchionne
Nevada Bar No. 4684
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169

Vincent J. Aiello
Nevada Bar No. 7970
**GREENSPOON MARDER, P.A.**
3993 Howard Hughes Parkway Ste. 400
Las Vegas, NV 89169

*Attorneys for Defendants Vanguard Integrity Professionals-Nevada, Inc. and Vanguard Integrity Professionals, Inc.*

**IT IS SO ORDERED** this 2nd day of March, 2018.

_____
Peggy A. Leen
United States Magistrate Judge

2

# CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the attached **DEFENDANTS' MOTION FOR REMOVAL OF COUNSEL FROM CM/ECF SERVICE LIST** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

> Vincent J. Aiello
> Daniel Norr
> Richard A. Mescon
> Steven A. Cash

Pursuant to FRCP 5(b), I hereby further certify that service of the foregoing document was also made by depositing a true and correct copy of same for mailing, first class mail, postage prepaid thereon, at Las Vegas, Nevada, to the following:

Vincent J. Aiello
Greenspoon Marder, P.A.
3993 Howard Hughes Parkway, Ste. 400
Las Vegas, NV 89169
*Attorneys for Defendants*

Daniel Norr
Law Office of Daniel Norr, LLC
170 S. Green Valley Parkway, Ste. 300
Henderson, NV 89012

Richard A. Mescon
Leichtman Law PLLC
315 Madison Avenue, Ste. 3011
New York, NY 10017

Steven A. Cash
Day Pitney, LLP
1100 New York Avenue, N. W., Ste. 300
Washington, DC 20005
*Attorneys for Plaintiff*

DATED this 28th day of February, 2018.

> */s/ Carol Rojas*
> AN EMPLOYEE OF OGLETREE, DEAKINS,
> NASH, SMOAK & STEWART, P.C.