UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVEN RINGELBERG,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>VANGUARD INTEGRITY PROFESSIONALS-NEVADA, INC., et al.<br><br>　　　　　　　　　　Defendants. | Case No. 2:17-cv-01788-JAD-PAL<br><br>ORDER<br><br>(Mot WD Atty – ECF No. 105) |

This matter is before the court on counsels' Motion for Leave to Withdraw as Counsel of Record – With Consent – for Defendants Vanguard Integrity Professionals-Nevada, Inc. and Vanguard Integrity Professionals, Inc. (ECF No. 105). The motion requests that all attorneys of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., through consent of the Vanguard defendants, be withdrawn from this matter. Vincent J. Aiello of the law firm of Greenspoon Marder P.A. will continue to represent the Vanguard defendants. The declarations attached as Exhibits A and B to the motion represent that Vicent J. Aiello is aware of this request and fully capable of assuming full responsibilities of the Vanguard defendants in this matter. This request will not cause a delay in proceedings.

Having reviewed and considered the matter,

**IT IS ORDERED** that the Motion to Withdraw (ECF No. 105) is **GRANTED**, and all attorneys from the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. be withdrawn as counsel for the Vanguard defendants in this matter and from further CMECF notification in this

/ / /

/ / /

/ / /

/ / /

1

matter. Vincent J. Aiello of the law firm of Greenspoon Marder P.A. shall continue to represent the Vanguard defendants.

DATED this 21st day of March, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE