UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVEN RINGELBERG,<br><br>　　　　　　　Plaintiff,<br>v.<br>VANGUARD INTEGRITY PROFESSIONALS-NEVADA, INC., et al.,<br><br>　　　　　　　Defendants. | Case No. 2:17-cv-01788-JAD-PAL<br><br>ORDER<br><br>(Mot to WD – ECF No. 109) |

Before the court is Steven Cash's Second Motion for Withdrawal of Counsel Pursuant to LR IA 11-6(b) (ECF No. 109).

In an Order (ECF No. 108) entered March 8, 2018, the court denied without prejudice Mr. Cash's motion to withdraw as the motion "was not signed by the plaintiff consenting" and because "there is no proof of service on the affected client as required by LR IA 11-6(b)."

The motion was signed by the plaintiff who indicates he consents to the withdrawal of Mr. Cash. Plaintiff will continue to be represented by Richard Alan Mescon of Leichtman Law PLLC and local counsel Daniel D. Norr of the Law Office of Daniel Norr, LLC. Accordingly,

**IT IS ORDERED** that Steven Cash's Second Motion for Withdrawal of Counsel (ECF No. 109) for plaintiff is **GRANTED**. Steven Cash shall be removed from the CMECF service list. Plaintiff shall continue to be represented by Richard Alan Mescon of Leichtman Law PLLC and local counsel Daniel D. Norr of the Law Office of Daniel Norr, LLC.

DATED this 21st day of March, 2018.

　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE