Daniel Norr, Esq.
Nevada Bar No. 6438
Law Office of Daniel Norr, LLC
170 S. Green Valley Parkway, Suite 300
Henderson, NV 89012
(702) 990-3237
dan@norrlaw.com

Richard A. Mescon, Esq.
New York Bar No. 1434968 (admitted *pro hac vice*)
Leichtman Law PLLC
Three Park Avenue, 15th Floor
New York, NY 10016
(212) 419-5210
rmescon@leichtmanlaw.com

Attorneys for Plaintiff
Steven Ringelberg

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN RINGELBERG,<br><br>    Plaintiff,<br><br>    v.<br><br>VANGUARD INTEGRITY PROFESSIONALS – NEVADA, INC., a Nevada Corporation, and VANGUARD INTEGRITY PROFESSIONALS, INC., a Nevada Corporation. Defendants. | Case No. 2:17-cv-01788-JAD-PAL<br><br>ORDER GRANTING **PLAINTIFF'S MOTION TO WITHDRAW ECF 177.**<br><br>ECF Nos. 177, 180 |

    Plaintiff Steven Ringelberg ("Plaintiff") hereby moves this Court for an Order withdrawing the filing identified as ECF 177. The documents filed as ECF 177, which is comprised of Plaintiff's Motion for Summary Judgment as Defendant Vanguard Integrity Professionals-Nevada, Inc.'s First, Second, and Third Counterclaims, the Index to Exhibits and the Exhibits themselves, was mistakenly filed in its entirety under Seal. ECF 177 has now been replaced by two filings: ECF 178, which is the Plaintiff's Motion

for Summary Judgment and Index of Exhibits, and ECF 179, which are the Exhibits to the Motion for Summary Judgment that have been filed under Seal.

Respectfully submitted,

September 21, 2018 /s/ *Daniel Norr*_____
Daniel Norr
Nevada Bar No. 6438
Law Office of Daniel Norr, LLC
170 S. Green Valley Parkway, Suite 300
Henderson, NV 89012
(702) 990-3237

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the motion to withdraw #177 **[ECF No. 180] is GRANTED**; the Clerk of Court is directed to indicate in the docket that the motion at **#177 has been WITHDRAWN.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 24, 2018