J. Stephen Peek, Esq.
Nevada Bar No. 1758
Rachel L. Wise, Esq.
Nevada Bar No. 12303
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
speek@hollandhart.com
rlwise@hollandhart.com

Vincent J. Aiello, Esq.
Nevada Bar No. 7970
GREENSPOON MARDER LLP
3993 Howard Hughes Parkway Ste. 400
Las Vegas, NV 89169
Phone: 702.978.4255
Fax: 954.333.4285
vincent.aiello@gmlaw.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN RINGELBERG,<br><br>Plaintiff,<br><br>v.<br><br>VANGUARD INTEGRITY PROFESSIONALS - NEVADA, INC., a Nevada corporation, VANGUARD INTEGRITY PROFESSIONALS, INC., a Nevada corporation; DOES 1-10; and ROE ENTITIES 11-20.,<br><br>Defendants. | Case No.: 2:17-cv-01788-JAD-PAL<br><br>**JOINT STATUS REPORT** |

Plaintiff and Defendants, by and through their undersigned attorneys, submit the following joint status report pursuant to this Court's Order, as stated in the March 22, 2019, Minutes of Proceedings as follows:

The Parties have reached the economic terms of a settlement and request an additional 7-day extension to finalize the terms of their settlement and to submit a stipulation of dismissal with prejudice of all the claims and counterclaims.

RESPECTFULLY SUBMITTED this 29th day of March 2019.

By: */s/ J. Stephen Peek, Esq.*
J. Stephen Peek, Esq.
Rachel L. Wise, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

Vincent J. Aiello, Esq.
GREENSPOON MARDER LLP
3993 Howard Hughes Parkway Ste. 400
Las Vegas, NV 89169

*Attorneys for Defendants*

By: */s/ Richard A. Mescon, Esq.*
Richard A. Mescon, Esq.
LEICHTMAN LAW PLLC
Three Park Avenue, 15th Floor
New York, NY 10016

Daniel Norr, Esq.
LAW OFFICE OF DANIEL NORR, LLC
170 S. Green Valley Parkway, Ste 300
Henderson, NV 89012

*Attorneys for Plaintiff*

**IT IS SO ORDERED.** The parties shall have until April 19, 2019, to file a stipulation for dismissal or a proposed joint pretrial order.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

Dated this 1st day of April, 2019.