J. Stephen Peek, Esq.
Nevada Bar No. 1758
Rachel L. Wise, Esq.
Nevada Bar No. 12303
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
speek@hollandhart.com
rlwise@hollandhart.com

Vincent J. Aiello, Esq.
Nevada Bar No. 7970
GREENSPOON MARDER LLP
3993 Howard Hughes Parkway Ste. 400
Las Vegas, NV 89169
Phone: 702.978.4255
Fax: 954.333.4285
vincent.aiello@gmlaw.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN RINGELBERG,<br><br>Plaintiff,<br><br>v.<br><br>VANGUARD INTEGRITY PROFESSIONALS - NEVADA, INC., a Nevada corporation, VANGUARD INTEGRITY PROFESSIONALS, INC., a Nevada corporation; DOES 1-10; and ROE ENTITIES 11-20,<br><br>Defendants. | **Case No.: 2:17-cv-01788-JAD-PAL**<br><br>**STIPULATION AND ORDER REGARDING SETTLEMENT AND STAY OF LITIGATION** |

On March 29, 2019, Steven Ringelberg (the "Plaintiff"), and Vanguard Integrity Professionals – Nevada, Inc., Vanguard Integrity Professionals, Inc. (collectively, the "Defendants"), submitted a Joint Status Report stating that the parties reached the economic terms of settlement. ECF No. 207. Consistent with the Joint Status Report, the Parties continue to

1

negotiate settlement terms in good faith. The Parties are close to settlement but need additional time to finalize all terms.

**THEREFORE**, the Parties, by and through their undersigned counsel, stipulate and agree as follows:

1. The Parties shall have until April 23, 2019, to advise this Court of the final settlement between the Parties.

2. The stipulation and order for dismissal shall be submitted to this court ten (10) days after April 23, 2019.[1]

3. If the Parties are unable to reach a final settlement, the Parties' Proposed Pre-trial Orders shall be submitted no later than April 30, 2019.

**RESPECTFULLY SUBMITTED** this 18th day of April, 2019.

By: */s/ J. Stephen Peek, Esq.*
J. Stephen Peek, Esq.
Rachel L. Wise, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

Vincent J. Aiello, Esq.
GREENSPOON MARDER LLP
3993 Howard Hughes Parkway Ste. 400
Las Vegas, NV 89169

*Attorneys for Defendants*

By: */s/ Richard A. Mescon, Esq.*
Richard A. Mescon, Esq.
LEICHTMAN LAW PLLC
Three Park Avenue, 15th Floor
New York, NY 10016

Daniel Norr, Esq.
LAW OFFICE OF DANIEL NORR, LLC
170 S. Green Valley Parkway, Ste 300
Henderson, NV 89012

*Attorneys for Plaintiff*

**IT IS SO ORDERED**.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

Dated this 26th day of April, 2019.

---

[1] Based on Mr. Ringelberg's rights under the Age Discrimination in Employment Act of 1967 ("ADEA") and the Older Workers Benefit Protection Act ("OWBPA") (the "Acts"), the Parties choose to allow the Defendants ten (10) days to effectuate the settlement payment.