J. Stephen Peek, Esq.
Nevada Bar No. 1758
Rachel L. Wise, Esq.
Nevada Bar No. 12303
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
speek@hollandhart.com
rlwise@hollandhart.com

Vincent J. Aiello, Esq.
Nevada Bar No. 7970
GREENSPOON MARDER LLP
3993 Howard Hughes Parkway Ste. 400
Las Vegas, NV 89169
Phone: 702.978.4255
Fax: 954.333.4285
vincent.aiello@gmlaw.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN RINGELBERG,<br><br>        Plaintiff,<br><br>v.<br><br>VANGUARD INTEGRITY<br>PROFESSIONALS - NEVADA, INC., a<br>Nevada corporation, VANGUARD<br>INTEGRITY PROFESSIONALS, INC., a<br>Nevada corporation; DOES 1-10; and ROE<br>ENTITIES 11-20.,<br><br>        Defendants. | Case No.: 2:17-cv-01788-JAD-PAL<br><br>**STIPULATION AND ORDER**<br><br>ECF Nos. 196, 215 |

Plaintiff Steven Ringelberg, and Defendants Vanguard Integrity Professionals – Nevada, Inc. and Vanguard Integrity Professionals, Inc., by and through their undersigned counsel hereby stipulate and agree that pursuant to FRCP 41(a)(1)(A)(ii), the above-entitled action and all claims and counterclaims herein be dismissed with prejudice with each party to bear its/his own costs and fees.

///

1

A trial date has not been set.

**IT IS SO STIPULATED.**

By: /s/ *Stephen Peek*                    By: /s/ *[signature]*
J. Stephen Peek, Esq.                     Richard A. Mescon, Esq.
Rachel L. Wise, Esq.                      LEICHTMAN LAW PLLC
HOLLAND & HART LLP                        Three Park Avenue, 15th Floor
9555 Hillwood Drive, 2nd Floor            New York, NY 10016
Las Vegas, Nevada 89134

Vincent J. Aiello, Esq.                   Daniel Norr, Esq.
GREENSPOON MARDER LLP                      LAW OFFICE OF DANIEL NORR, LLC
3993 Howard Hughes Parkway Ste. 400        170 S. Green Valley Parkway, Ste 300
Las Vegas, NV 89169                        Henderson, NV 89012

*Attorneys for Defendants*                *Attorneys for Plaintiff*

## ORDER

Based on the parties' stipulation **[ECF No. 215]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The motion for reconsideration **[ECF No. 196]** is DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 6, 2019

**JOINTLY SUBMITTED BY:**

By: /s/ *Stephen Peek*                    By: /s/ *[signature]*
J. Stephen Peek, Esq.                     Richard A. Mescon, Esq.
Rachel L. Wise, Esq.                      LEICHTMAN LAW PLLC
HOLLAND & HART LLP                        Three Park Avenue, 15th Floor
9555 Hillwood Drive, 2nd Floor            New York, NY 10016
Las Vegas, Nevada 89134

Vincent J. Aiello, Esq.                   Daniel Norr, Esq.
GREENSPOON MARDER LLP                      LAW OFFICE OF DANIEL NORR, LLC
3993 Howard Hughes Parkway Ste. 400        170 S. Green Valley Parkway, Ste 300
Las Vegas, NV 89169                        Henderson, NV 89012

*Attorneys for Defendants*                *Attorneys for Plaintiff*

2